**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ELLA ZIMMERMAN, individually and on behalf of all others similarly situated,<br>        *Plaintiff*,<br>v.<br><br>#A1 DIABETES & MEDICAL SUPPLY, a Florida corporation,<br>        *Defendant*. | Case No. 6:15cv-77-ORL-18-DAB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Ella Zimmerman, individually, and Defendant, A1 Diabetes & Medical Supply, Inc., by and through undersigned counsel, hereby advise the Court that the parties have reached a settlement of their claims, and therefore dismiss all claims asserted in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The class claims are dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs, as provided in the Settlement Agreement.

Dated: April 27, 2015

                            Respectfully submitted,

                            By: /s/ Stefan Coleman
                            Law Offices of Stefan Coleman, LLC
                            201 South Biscayne Blvd, 28th Floor
                            Miami, Florida 33131
                            Telephone: 877.333.9427
                            Facsimile: 888.498.8946
                            law@stefancoleman.com